Fourth Court of Appeals
 San Antonio, Texas
 
 JUDGMENT
 
 Nos. 04-22-00727-CR & 04-22-00728-CR
 
 The STATE of Texas,
 Appellant
 
 v.
 
 Erik RODRIGUEZ,
 Appellee
 
 From the 226th Judicial District Court, Bexar County, Texas
 Trial Court No. 2021-CR-0735
 Honorable Velia J. Meza, Judge Presiding
 
 BEFORE JUSTICE VALENZUELA, JUSTICE SPEARS, AND JUSTICE MCCRAY
 
 In accordance with this court's opinion of this date, the trial court's order granting appellee's motion to suppress is REVERSED, and we REMAND this case for further proceedings consistent with this opinion.

 SIGNED December 17, 2025.

 _____________________________
 Lori I. Valenzuela, Justice